IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID KUSEK,<br><br>              Plaintiff,<br><br>vs.<br><br>PRINCIPAL FINANCIAL GROUP, A Corporation;<br><br>              Defendant. | 8:16CV275<br><br>ORDER |

Defendant's motion for leave to deposit the funds from Ms. Kuskek's 401k into the court, (Filing No. 23), is granted, and

    a.    Defendant Principal Life Insurance Company may deposit a check in the amount of $129,552.53 with the Clerk of the Court for the United States District Court for the District of Nebraska.

    b.    The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1

October 20, 2016.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge